IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BRENDA PEPPERS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 2:09-CV-0105-RWS |
| TRADITIONS GOLF CLUB, | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of the Final Report and Recommendation [54] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion for Summary Judgment [43] is hereby **GRANTED**, and Plaintiff's claims are **DISMISSED**.

**SO ORDERED**, this   16th   day of February, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)